**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 18-6178**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

FRANCISCO SALINAS-CASTILLO,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:10-cr-00188-REP-4)

Submitted: May 24, 2018               Decided: May 30, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francisco Salinas-Castillo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Salinas-Castillo appeals the district court's order denying his pro se motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Salinas-Castillo*, No. 3:10-cr-00188-REP-4 (E.D. Va. Feb. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*